**UNSealed**
Public and unofficial staff access to this instrument are prohibited by court order.

12-26-13

United States Courts
Southern District of Texas
FILED

DEC 2 4 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. CR-H-mj 13-1241 |
| § | |
| CONRAD ALVIN BARRETT § | |
| § | |

## CERTIFICATE OF THE ASSISTANT ATTORNEY GENERAL

I, Jocelyn Samuels, hereby certify that in my judgment, prosecution by the United States of Conrad Alvin Barrett for a violation of Title 18, United States Code, § 249(a)(1), is in the public interest and is necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, § 249.

Signed this 23rd day of December, 2013.

Jocelyn Samuels
Acting Assistant Attorney General
Civil Rights Division