unSealed 12-26-13
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
DEC 24 2013
David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. CR-H-13mj 1241 |
| § | |
| CONRAD ALVIN BARRETT § | |

## THE UNITED STATES' MOTION TO SEAL CRIMINAL COMPLAINT AND RELATED DOCUMENTS

COMES NOW the United States of America, by and through United States Attorney Kenneth Magidson, and Ruben R. Perez, Assistant United States Attorney for the Southern District of Texas, moves this Court for an order sealing the Criminal Complaint and Related Documents in this cause and for an order sealing this Motion and the Court's Order in this cause. If this Motion to Seal is granted, as grounds therefore, movant states:

I.

Knowledge of the facts contained in the Criminal Complaint could jeopardize the investigation.

II.

For the reasons cited above, the United States asks that the Criminal Complaint and Related Documents, as well as this Motion and supporting Order, be sealed by order of this Court.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By: _____
RUBEN R. PEREZ
Assistant United States Attorney