unSealed 12-26-13
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. H 13-1241m |
| CONRAD ALVINV BARRETT | | |

## ORDER TO SEAL

For the reasons cited in the Government's Motion to Seal the Criminal Complaint and Related Documents, the Court has determined that said Motion possesses merit and should be GRANTED. It is, therefore,

ORDERED that the Criminal Complaint and Related Documents, Motion to Seal and this Order, be sealed (except copies of the Criminal Complaint, Arrest Warrants and Related Documents to law enforcement agents or Assistant United States Attorneys) and that the Criminal Complaint and Related Documents, Motion to Seal and Order be automatically UNSEALED upon the arrest of the defendant without further order from this Court.

SIGNED this 24th day of December, 2013.

UNITED STATES MAGISTRATE JUDGE
FRANCES H. STACY